UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN WARREN WHELAN.<br><br>*Plaintiff,*<br><br>v.<br><br>TANDRA L. DAWSON.<br><br>*Defendant.* | Civil Action No. 16-2948 (PGS)(TJB)<br><br>**ORDER** |

This matter having come before the Court on an Emergency Motion for Reconsideration (ECF No. 6) filed by Steven Warren Whelan; and the Court having reviewed the papers, and having conducted oral argument; and for the reasons set forth on the record on July 6, 2016, and for good cause shown,

**IT IS** on this 6th day of July, 2016,

**ORDERED** that Plaintiff's Emergency Motion for Reconsideration (ECF No. 6) is hereby DENIED.

Dated: July 6, 2016

_____
PETER G. SHERIDAN, U.S.D.J.