```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       Minute of Proceeding
```

OFFICE:    Trenton

JUDGE: HON. PETER G. SHERIDAN          Date: June 28, 2016

Court Reporter: FRANK GABLE

TITLE OF CASE:                         CIVIL 16- 2948(PGS)
Steven Warren Whelan

   vs.
Tandra L. Dawson

APPEARANCES:

Steven W. Whelan, Pro Se Plaintiff

NATURE OF PROCEEDINGS:

Hearing on motion [4] by Steven W. Whelan to restore Plaintiff's routine visitation with daughter.
Ordered motion denied.

Order to be filed.


TIME COMMENCED: 2:00 p.m          Dolores J. Hicks/
TIME ADJOURNED: 2:30 p.m           Deputy Clerk
TOTAL TIME:     0:30